UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LESLIE GEORGE,<br><br>                Plaintiff,<br>     v.<br>WESLEY EDWARD DUTCHER, *et al.,*<br><br>                Defendants. | Case No. 3:18-cv-00604-MMD-WGC<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE WILLIAM G. COBB |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 4) ("R&R") relating to Plaintiff Leslie George's application to proceed *in forma pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 1-1). Plaintiff had until March 7, 2019, to file an objection. (ECF No. 4.) To date, no objection to the R&R has been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." *Id.* Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that

district courts are not required to review "any issue that is not the subject of an objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Cobb's R&R. Judge Cobb recommended granting Plaintiff's application to proceed *in forma pauperis* because Plaintiff cannot pay the filing fee. (ECF No. 4 at 2.) Judge Cobb further recommended dismissing Plaintiff's complaint as frivolous because it consists of disjointed statements that are incomprehensible and fail to state any factually or legally cognizable claim. (*Id.* at 4.) Upon reviewing the R&R and proposed complaint, this Court finds good cause to accept and adopt the Magistrate Judge's R&R in full.

It is therefore ordered, adjudged, and decreed that the Report and Recommendation of Magistrate Judge William G. Cobb (ECF No. 4) is accepted and adopted in its entirety.

It is ordered that Plaintiff's application to proceed *in form pauperis* (ECF No. 1) is granted.

It is further ordered that the Clerk detach and file Plaintiff's Complaint (ECF No. 1-1).

It is further ordered that the Complaint is dismissed with prejudice.

The Clerk is directed to close this case.

DATED THIS 11th day of March 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE